United States Bankruptcy Court
District of Nevada

In re:
WILLIAM WESLEY FERRELL
Debtor

Case No. 26-17143-nmc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2 | User: admin | Page 1 of 3
Date Rcvd: Nov 09, 2026 | Form ID: 309A | Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WILLIAM WESLEY FERRELL, 4840 STONEHAM STREET, PAHRUMP, NV 89061-7790 |
| 13142562 | + | Alliant Capital Management LLC, Attn: Bankruptcy, 4840 Stoneham St, Pahrump, NV 89061-7790 |
| 13142564 | | Capital Management Services, LP, Attn: Bankruptcy, 698 1/2 Sourth Ogden Street, Buffalo, NY 14206-2317 |
| 13142570 | + | Happen Bank, Attn: Bankruptcy, Lockbox #0134268, PO Box 884268, Los Angeles, CA 90088-4268 |
| 13142571 | + | Hatch Bank, Attn: Bankruptcy, 1001 W San Marcos Blvd, San Marcos, CA 92078-4012 |
| 13142572 | | Insight Cu, Attn: Bankruptcy, P.O. Box 4900, Orlando, FL 32802-4900 |
| 13142575 | | National Enterpise Systems, Inc., Attn: Bankruptcy, 29125 Solon Road, Solon, OH 44139-3442 |
| 13142576 | | OnePay, Attn: Bankruptcy, PO Box 669818, Dallas, TX 75266-0772 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cluh@luhlaw.com | Nov 09 2026 22:43:00 | CHARLIE H. LUH, 8987 W. FLAMINGO RD, STE 100, LAS VEGAS, NV 89147 |
| tr | | EDI: BTFOX | Nov 10 2026 14:06:00 | TROY S. FOX, FOX, IMES AND CROSBY, LLC, 601 S. 10TH ST., SUITE 202, LAS VEGAS, NV 89101 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Nov 09 2026 22:43:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 13142561 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 09 2026 22:48:31 | Affirm, Attn: Bankruptcy, 650 California Street, 12th Floor, San Francisco, CA 94108-2716 |
| 13142563 | + | EDI: TSYS2 | Nov 10 2026 14:07:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 13142565 | + | EDI: CAPITALONE.COM | Nov 10 2026 14:07:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13142566 | + | EDI: CITICORP | Nov 10 2026 14:07:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 13142567 | + | EDI: WFNNB.COM | Nov 10 2026 14:07:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 13142568 | + | EDI: CITICORP | Nov 10 2026 14:07:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 13142569 | + | Email/Text: ksavary@firstcommercecu.org | Nov 09 2026 22:43:00 | First Commerce Credit Union, Attn: Bankruptcy, Po Box 6416, Tallahassee, FL 32314-6416 |
| 13142573 | ^ | MEBN | Nov 09 2026 22:36:00 | January, Attn: Bankruptcy, 176 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 13142574 | | Email/Text: EBN@Mohela.com | Nov 09 2026 22:43:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 13142580 | | Email/Text: EBN@Mohela.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 09 2026 22:43:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 13142577 | | EDI: SYNC | Nov 10 2026 14:07:00 | Paypal, Attn: Bankruptcy, PO Box 71718, Philadelphia, PA 19176-1718 |
| 13142578 | | EDI: SYNC | Nov 10 2026 14:07:00 | Paypal Credit, Attn: Bankruptcy, PO Box 71707, Philadelphia, PA 19176-1707 |
| 13142579 | + | Email/Text: cs@securitycreditservicesllc.com | Nov 09 2026 22:43:00 | Security Credit Services LLC, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 13142581 | + | Email/Text: bankruptcies@splashfinancial.com | Nov 09 2026 22:43:00 | Splash/fourleaf Fcu, Po Box 74644, Cleveland, OH 44194-0727 |
| 13142582 | ^ | MEBN | Nov 09 2026 22:36:04 | Syncb/onepay Walmart D, Po Box 71727, Philadelphia, PA 19176-1727 |
| 13142583 | + | EDI: SYNC | Nov 10 2026 14:07:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13142584 | + | EDI: SYNC | Nov 10 2026 14:07:00 | Synchrony Bank/Bryant Corp, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13142585 | + | EDI: SYNC | Nov 10 2026 14:07:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13142586 | + | EDI: SYNC | Nov 10 2026 14:07:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 13142587 | + | EDI: SYNC | Nov 10 2026 14:07:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13142588 | | EDI: SYNC | Nov 10 2026 14:07:00 | Synchrony/Mohawk, Attn: Bankruptcy, PO Box 71715, Philadelphia, PA 19176-1715 |
| 13142589 | + | EDI: TDBANKNORTH.COM | Nov 10 2026 14:07:00 | Tdrcs/yard Card, Td Retail Card Services, Attn: Bankruptc, Po Box 100114, Columbia, SC 29202-3114 |
| 13142590 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 09 2026 22:43:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 13142591 | + | Email/Text: truhome_bkmail@ecf.epiqsystems.com | Nov 09 2026 22:43:00 | Truhome Solutions, 6330 Sprint Parkway, Overland Park, KS 66211-1171 |
| 13142592 | | Email/Text: bknotice@upgrade.com | Nov 09 2026 22:43:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 13142593 | | EDI: G2RSVELOCITY | Nov 10 2026 14:07:00 | Velocity Investments, LLC, Attn: Bankruptcy, 1800 Route 34, Suite 305, Wall, NJ 07719-9147 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | WILLIAM WESLEY FERRELL<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–9906 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Nevada | Date case filed for chapter: | 7 11/6/26 |
| Case number: | 26–17143–nmc | | |

# Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | WILLIAM WESLEY FERRELL | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4840 STONEHAM STREET<br>PAHRUMP, NV 89061 | |
| 4. | **Debtor's attorney**<br>Name and address | CHARLIE H. LUH<br>8987 W. FLAMINGO RD, STE 100<br>LAS VEGAS, NV 89147 | Contact phone (702) 367–8899<br>Email: cluh@luhlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | TROY S. FOX<br>FOX, IMES AND CROSBY, LLC<br>601 S. 10TH ST.<br>SUITE 202<br>LAS VEGAS, NV 89101 | Contact phone 702–382–1007 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br><br>Contact phone: (702) 527–7000<br><br>Date: 11/6/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 11, 2026 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting.Go to Zoom.us/join, Enter Meeting ID 316 314 8686, and Passcode 1155997733, OR call 1 725 237 2401** |
| | **For additional meeting information, go to www.justice.gov/ust/moc** | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/9/27** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |